| | | |
|---|---|---|
| | AUSA: Eric Straus | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Brett Laug | Telephone: (313) 771-6600 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Carlos Fernando PEDRAZA-CASTRILLON

Case No.   Case: 2:25-mj-30109
Assigned To : Unassigned
Assign. Date : 3/4/2025
Description: CMP USA v.
PEDRAZA-CASTRILLON (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2025__ in the county of __Wayne__ in the __Eastern District__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1253 (a)(1) | Penalties Related To Removal |
| 18 U.S.C. Section 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Brett Laug, BPA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 4, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman United States Magistrate Judge
_Printed name and title_

**AFFIDAVIT**

I, Brett A. Laug, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and records checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Carlos Fernando PEDRAZA-CASTRILLON. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for Carlos Fernando PEDRAZA-CASTRILLON, for a violation of 8 U.S.C § 1253(a)(1) Penalties Related to Removal, and 18 U.S. Code § 1028A - Aggravated identity theft. I have not included every fact known to law enforcement related to this investigation.

2. On February 26, 2025, Trenton Police Department contacted the Gibraltar Border Patrol Station for help identifying PEDRAZA-CASTRILLON, who was the driver and co-occupant of a vehicle stopped for an Equipment Violation in Trenton, Michigan and subsequently issued a citation for EQUIP VIOL – DEFECTIVE / MISSING. PEDRAZA-CASTRILLON had in his possession three (3) Social Security Cards, two (2) Permanent

Resident Cards and one (1) Illinois Identification Card, which were subsequently determined to be fraudulent.

3. After confirming his illegal status in the United States, PEDRAZA-CASTRILLON was surrendered to the Border Patrol Agents, who transported him to the Gibraltar Border Patrol Station for further processing.

4. While at the Gibraltar Border Patrol Station, PEDRAZA-CASTRILLON's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that PEDRAZA-CASTRILLON is a citizen of Columbia, who entered the United States illegally, however, was provided an Immigration Court hearing date.

5. When questioned about the fraudulent documents that were in PEDRAZA-CASTRILLON's possession at the time of his arrest PEDRAZA-CASTRILLON admitted to the documents being fake. PEDRAZA-CASTRILLON stated he and his girlfriend (GONZALEZ-BUENAHORA, Monica Liliana) bought them for $120 each from an unknown friend in Denver, Colorado.

6. On March 18, 2022, PEDRAZA CASTRILLON was arrested by United States Customs and Border Protection Officers at the Fort Lauderdale-Hollywood International Airport after an interview conducted under oath

revealed PEDRAZA CASTRILLON violated the terms of his B1/B2 Visa by accepting employment on a previous visit to the United States. PEDRAZA CASTRILLON was given an Order of Expedited Removal. On March 19, 2022, PEDRAZA CASTRILLON was removed from the United States.

7. On October 7, 2022, PEDRAZA CASTRILLON was arrested by Border Patrol Agents near San Ysidro, California. PEDRAZA CASTRILLON despite being previously removed from the United States was issued a Warrant of Arrest/Notice to Appear and referred to Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Alternatives to Detention (ATD) program pending his immigration hearing. PEDRAZA CASTRILLON failed to attend his scheduled Immigration Court date on April 21, 2023, in Denver, Colorado and was ordered removed in absentia by an Immigration Judge.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# XXX XXX 976) for Carlos Fernando PEDRAZA-CASTRILLON and queries in U.S. Department of Homeland Security databases confirm no record exists of PEDRAZA-CASTRILLON obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to be or remain in the United States after his Final Order of Removal from the United States on March 19, 2023.

10. Based on the above information, I believe there is probable cause to conclude that Carlos Fernando PEDRAZA-CASTRILLON is a native and citizen of Columbia, who was previously order removed in absentia from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to be or remain in the

United States in violation of Title 8, United States Code, Section 1235(a)(1) and Title 18, United States Code, Section 1028A.

_____
Brett A. Laug, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

March 4, 2025